UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| US BANK TRUST NA AS TRUSTEE  )<br>FOR LSF9 MASTER PARTICIPATION  )<br>TRUST  )<br>  )<br>v.  )   CIVIL NO.  2:19-cv-00398-LEW<br>  )<br>TIMOTHY I GIRARD  ) | |

ORDER

As indicated in ECF No. 27 this case is subject to the federal moratorium. Since this case cannot proceed in court until the moratorium is lifted, and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes, this case shall now be administratively closed.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate them in the same manner as if this Order had not been entered.

SO ORDERED.

Dated this 12th day of March, 2021.

/s/Lance E. Walker
U.S. District Judge